Proposed Stipulation to Dismiss Frederick W. Stevens and Seneca County Sheriff is granted with prejudice pursuant to Fed Civ. R. 41.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge
DATE: 3/27/23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ALEXZANDRIA H. ORTA** | ) | Case No. 3:22-cv-00359 |
| | ) | Judge James G. Carr |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS FREDERICK W. STEVENS AND SENECA COUNTY SHERIFF** |
| | ) | |
| **MARK E. REPP,** *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

*********************************

Now come the plaintiff, by and through counsel, and Frederick W. Stevens and Seneca County Sheriff and his department, by and through counsel and they hereby stipulate to the dismissal of the Frederick W. Stevens and the Seneca County Sheriff's Department in all claims set forth in the Complaint and its subsequent amendments pursuant to Fed. Civ. R. 41. The dismissal is with prejudice. Costs shall be assessed to the plaintiff.

STIPULATED TO BY:

/s/ Joseph F. Albrechta
Joseph F. Albrechta (0008478)
ALBRECHTA & COBLE, Ltd.
2228 Hayes Avenue, Suite A
Fremont, Ohio 43420
(419) 332-9999 – Telephone
(419) 333-8147 – Facsimile

and

David T. Albrechta
Eleni K. Albrechta
ALBRECHTA & ALBRECHTA, LLC

*Attorneys for Plaintiff*

/s/ Teresa L. Grigsby
Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L
900 Adams Street
Toledo, Ohio 43604
(419) 241-2201 - Telephone
(419) 241-8599 - Facsimile

*Counsel for Defendant
Frederick W. Stevens
Seneca County Sheriff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph F. Albrechta
Joseph F. Albrechta (0008478)
Attorney for Plaintiff