IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alexzandria H. Orta,　　　　　　　　　　　　　　　　Case No. 22-cv-00359

      Plaintiff,

  v.　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT ENTRY

Mark E. Repp, *et al*.,

      Defendants.

In accordance with the Order dated December 13, 2022 dismissing all claims against Defendant Mark Repp with prejudice (Doc. 33), the Order dated March 27, 2023 dismissing all claims against Defendant Frederick Stevens and the Seneca County Sheriff with prejudice (Doc. 46), and the Order dated July 7, 2023 dismissing all claims against the Tiffin-Fostoria Municipal Court with prejudice (Doc. 52), this action is dismissed with prejudice.

    SO ORDERED.

*/s/ James G. Carr*
Sr. U.S. District Judge